Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

ORIGINAL

# UNITED STATES DISTRICT COURT

for the

_____ District of HAWAII

_____ Division

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII  PAID

NOV 09 2022

at 4 o'clock and 00 min. P M
John A. Mannle, Clerk  LS

CALVIN G. GRIFFIN

_____

Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

SCOTT NAGO ET AL ACTING IN OFFICIAL
CAPACITY OF CHIEF ELECTIONS OFFICER ETAL
STATE OF HAWAII
OFFICE OF ELECTIONS ET AL
ELECTION COMMISSION ET AL

_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. **CV22 00480 JMS KJM**

*(to be filled in by the Clerk's Office)*

## COMPLAINT AND REQUEST FOR INJUNCTION

### I.     The Parties to This Complaint

**A.     The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | CALVIN CHRISTOPHER GRIFFIN |
| Street Address | 1154 FORT ST MALL #410 |
| City and County | HONOLULU, HAWAII 96813 |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address | |

**B.     The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 6

Defendant No. 1

Name · SCOTT NAGO

Job or Title *(if known)* · ACTING IN OFFICIAL CAPACTY OF CHIEF OF ELECTIONS OFFICER

Street Address

City and County · PEARL CITY, HAWAII

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 2

Name · STATE OF HAWAII

Job or Title *(if known)*

Street Address

City and County · HONOLULU, HAWAII

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 3

Name · OFFICE OF ELECTIONS ET AL

Job or Title *(if known)*

Street Address

City and County · PEARL CITY, HAWAII

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name · ELECTIONS COMMISSION ET AL

Job or Title *(if known)*

Street Address

City and County · HONOLULU, HAWAII

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

DISCRIMINATORY CANDIDATE PROVIONS

### B.   If the Basis for Jurisdiction Is Diversity of Citizenship

1.   The Plaintiff(s)

   a.   If the plaintiff is an individual

   The plaintiff, *(name)* _____ , is a citizen of the

   State of *(name)* _____ .

   b.   If the plaintiff is a corporation

   The plaintiff, *(name)* _____ , is incorporated

   under the laws of the State of *(name)* _____ ,

   and has its principal place of business in the State of *(name)*

   _____ .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

   a.   If the defendant is an individual

   The defendant, *(name)* _____ , is a citizen of

   the State of *(name)* _____ . Or is a citizen of

   *(foreign nation)* _____ .

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

b.    If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

III.    **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed. DISCRIMINTORY REQUIREMENTS FOR NON PARTISAN CANDIDATES

A.    Where did the events giving rise to your claim(s) occur?

STATE OF HAWAII

B.    What date and approximate time did the events giving rise to your claim(s) occur?

Page 4 of 6

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

PREVENTED FROM BEING LISTED ON GENERAL ELECTIONS BALLOT ALTHOUGH NUMERICALLY WON IN PRIMARY ELECTION!

## IV.    Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

EMERGENCY INJUNCTION TO STOP CERTIFICATION OF 2022 HAWAII GENERAL ELECTION RESULTS

REDO 2022 GENERAL ELECTION
LISTED ON NEW BALLOT
LIST ALL CANDIDATES ON NEW BALLOT WHO WERE DISQUALIFIED FROM BALL OF THE "10%" PROVISION
OPEN ADEQUATE POLLING STATIONS

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   9 NOV 2022

Signature of Plaintiff   _Cah C. Dv_

Printed Name of Plaintiff   CALVIN  GRIFFIN

### B.   For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address